# EXHIBIT B



**Old Doc's Soda Shop**

**Featuring Genuine Dr Pepper Dublin**

Shop for:   **Clothing**   **Glassware**   **Miscellaneous**   **Sweets and Treats**   **All Items**

**Welcome**

**view shopping cart**

**sign in**

**HOME**

**Drinks**

**The History of Dublin Dr Pepper**

**Buy It At Old Doc's Soda Shop**

**Come to Our Birthday Party**

**Frequently Asked Questions**

**Our Favorite Links**

**Contact Us**

**Drinks** >> **Dr Pepper** >> **Made with Sugar**

## 8oz Glass Bottles - Dublin Dr Pepper



**View Larger Image**

Dublin Dr Pepper made with pure cane sugar! Case 8 oz. non-returnable bottles - 24 bottles/case.
*Packaging fee will be added to total price.*

Price: $16.50

Packaging: $5.00

Code: 15204

Quantity: 1

**Sorry, this item is currently not available**

## CHECK OUT THESE GREAT PRODUCTS!

**Church Key - Bottle Opener**   **Peanut Brittle**   **Insulated Polar Bottle®: Black Flame**

   

---

**Privacy Policy**   **Order Policy**   **Shipping Policy**

Questions? Comments? Call us toll free 888-398-1024 or **Contact Us**

Copyright ©1999-2010 Dr Pepper Bottling Co. of Dublin. Powered by **PROMIT**.



Shop for:   **Clothing**    **Glassware**    **Miscellaneous**    **Sweets and Treats**    **All Items**

**Welcome**

**view shopping cart**

**sign in**

**HOME**

**lothing**
**headwear**
**Sweats**
**T-Shirts**
   **Adult**
   **Misses**

**The History of Dublin Dr Pepper**

**Buy It At Old Doc's Soda Shop**

**Come to Our Birthday Party**

**Frequently Asked Questions**

**Our Favorite Links**

**Contact Us**

**Clothing** >> **T-Shirts** >> **Misses**
**Just for the Ladies!**

## Pink Script French Cut Tee

This French-cut tee is just for you, girls! Pink body with maroon cap sleeves and the gorgeous Dublin DP script logo on front. Available in misses sizes only. *Please note Misses sizes run small.*

**View Larger Image**

Price: $16.00

Code: 10075

Small (Bust sz. 25-26")

Quantity: 1

Add to Cart

## CHECK OUT THESE GREAT PRODUCTS!

**I'm a Pepper French-Cut**



**Privacy Policy**    **Order Policy**    **Shipping Policy**
Questions? Comments? Call us toll free 888-398-1024 or **Contact Us**
Copyright ©1999-2010 Dr Pepper Bottling Co. of Dublin. Powered by **PROMIT**.



Close this window



Shop for:  **Clothing**   **Glassware**   **Miscellaneous**   **Sweets and Treats**   **All Items**

**Welcome**

**view shopping cart**

**sign in**

**HOME**

**Clothing**
**headwear**
**Sweats**
**T-Shirts**
**Adult**
**Misses**

**The History of Dublin Dr Pepper**

**Buy It At Old Doc's Soda Shop**

**Come to Our Birthday Party**

**Frequently Asked Questions**

**Our Favorite Links**

**Contact Us**

**Clothing** >> **T-Shirts** >> **Adult**

## Patriotic Girl long sleeve Tee



**View Larger Image**

We've got the only surviving Patriotic Girl in existence in our museum and now we've got a t-shirt dedicated to her!
*in longsleeve navy only*

Price: $17.00

Code: patriotic

Size::

Adult Small - $17

Quantity: 1

Add to Cart



**View Larger Image**



Close this window



**Shop for:**  **Clothing**    **Glassware**    **Miscellaneous**    **Sweets and Treats**    **All Items**

**Welcome**

**view shopping cart**

**sign in**

**HOME**

**Glassware**
**Mugs**
**Sports Bottle**

**The History of Dublin Dr Pepper**

**Buy It At Old Doc's Soda Shop**

**Come to Our Birthday Party**

**Frequently Asked Questions**

**Our Favorite Links**

**Contact Us**

**Glassware** >> **Mugs**

 **Drink it hot and drink it in style!**

## 60's Chevron Logo Coffee Mug



**View Larger Image**

All true Dublin DP fans know that drinking it hot is the thing to do come winter's chill. And what better way to drink it than in this stylish white mug.
*please call our toll free number for ordering information!*

Price: $14.00

Code: 60smugwhite

Quantity: 1

**This item is on back order**

## CHECK OUT THESE GREAT PRODUCTS!

**60's Chevron Logo Sports Mug**



**I'm A Pepper Coffee Mug**



**60s Chevron Logo shot glass**





Close this window



Shop for:   **Clothing**      **Glassware**      **Miscellaneous**      **Sweets and Treats**      **All Items**

**Welcome**

**view shopping cart**

**sign in**

**HOME**

**Miscellaneous**
**Art**
**Bottle Openers**
**Jewelry**
**Koozies**
**Magnets**
**Metal Signs**
**Other**
**Patches**

**The History of Dublin Dr Pepper**

**Buy It At Old Doc's Soda Shop**

**Come to Our Birthday Party**

**Frequently Asked Questions**

**Our Favorite Links**

**Contact Us**

**Miscellaneous** >> **Magnets**



## Bumper Magnet



**View Larger Image**

Let everyone on the road know what you're drinking! This car magnet features a nostalgic 40's logo. Place it on your vehicle or fridge. *11.5" long x 3" wide*

*Depending on the quantity ordered, this item may be shipped with cases of drinks to save you on shipping charges. Your credit card will be authorized for the full amount shown, but will only be charged what is necessary to cover the cost of shipping.*

Price: $5.00

Code: 00119

Quantity: 1

Add to Cart

## CHECK OUT THESE GREAT PRODUCTS!

**60's Chevron Logo Magnet**      **Dublin Dr Pepper Bottle Cap Magnet**      **Photo Frame Magnet**

            



[Close this window](#)



**Shop for:**   **Clothing**    **Glassware**    **Miscellaneous**    **Sweets and Treats**    **All Items**

**Welcome**

**view shopping cart**

**sign in**

**HOME**

**Miscellaneous**
**Art**
**Bottle Openers**
**Jewlery**
**Koozies**
**Magnets**
**Metal Signs**
**Other**
**Patches**

**The History of Dublin Dr Pepper**

**Buy It At Old Doc's Soda Shop**

**Come to Our Birthday Party**

**Frequently Asked Questions**

**Our Favorite Links**

**Contact Us**

**Miscellaneous** >> **Patches**
Show your Texas Original Pride!

## Texas Original Patch



**View Larger Image**

This patch will go perfectly on your favorite jacket or vest! Our Texas Original logo from the 115th Birthday celebration. Patch measures 3" x 4" (Point to point)

*Depending on the quantity ordered, this item may be shipped with cases of drinks to save you on shipping charges. Your credit card will be authorized for the full amount shown, but will only be charged what is necessary to cover the cost of shipping.*

Price: $10.00

Code: 00030

Quantity: 1

**This item is on back order**

## CHECK OUT THESE GREAT PRODUCTS!

**Good For Life Tile Patch**



**115th Birthday Tee; Adult**



**Delivery Truck Patch**





Close this window



Shop for: **Clothing**     **Glassware**     **Miscellaneous**     **Sweets and Treats**     **All Items**

**Welcome**

**view shopping cart**

**sign in**

**HOME**

**iscellaneous**
**Art**
**Bottle Openers**
**Jewlery**
**Koozies**
**Magnets**
**Metal Signs**
**Other**
  **Golf**
**Patches**

*The History of*
*Dublin Dr Pepper*

*Buy It At Old*
*Doc's Soda Shop*

*Come to Our*
*Birthday Party*

*Frequently*
*Asked Questions*

*Our*
*Favorite Links*

*Contact Us*

Miscellaneous >> Other

## Yellow Chevron Keychain



**View Larger Image**

This round keychain is approximately 1-3/4" in diameter. Yellow with the chevron logo from the 60s.
*please call our toll free number for ordering information!*

Price: $1.00

Code: 00852

Quantity: 1

**This item is on back order**

### CHECK OUT THESE GREAT PRODUCTS!

**60's Chevron Logo Magnet**     **BEV KEY® opener**     **60's Chevron Logo Sports Mug**







[Close this window](#)



Shop for: **Clothing**   **Glassware**   **Miscellaneous**   **Sweets and Treats**   **All Items**

**Welcome**

**view shopping cart**

**sign in**

**HOME**

**iscellaneous**
- **Art**
- **Bottle Openers**
- **Jewelry**
- **Koozies**
- **Magnets**
- **Metal Signs**
- **Other**
- **Patches**

**The History of Dublin Dr Pepper**

**Buy It At Old Doc's Soda Shop**

**Come to Our Birthday Party**

**Frequently Asked Questions**

**Our Favorite Links**

**Contact Us**

Miscellaneous >> Koozies

## Candy Striped Koozie



**View Larger Image**

This koozie mimics a bottle design from the 60s! Red and Yellow candy striped surround a green koozie with 60s Chevron logo & Imperial Pure Cane Sugar logo.

*Depending on the quantity ordered, this item may be shipped with cases of drinks to save you on shipping charges. Your credit card will be authorized for the full amount shown, but will only be charged what is necessary to cover the cost of shipping.*

Price: $3.00

Code: 00833

Quantity: [1]

[ Add to Cart ]

### CHECK OUT THESE GREAT PRODUCTS!

**Double Logo Can Koozie**   **Black Flame Bottle Koozie**   **I'm a Pepper Jersey Koozie**

      



Close this window



**Shop for:** **Clothing**   **Glassware**   **Miscellaneous**   **Sweets and Treats**   **All Items**

**Welcome**

**view shopping cart**

**sign in**

**HOME**

**Miscellaneous**
**Art**
**Bottle Openers**
**Jewelry**
**Koozies**
**Magnets**
**Metal Signs**
**Other**
**Patches**

**The History of Dublin Dr Pepper**

**Buy It At Old Doc's Soda Shop**

**Come to Our Birthday Party**

**Frequently Asked Questions**

**Our Favorite Links**

**Contact Us**

**Miscellaneous** >> **Magnets**
Magnet and Bottle Opener!

## White Bottle Cap Magnet & Opener



**View Larger Image**

White bottle cap with 60s Chevron logo. Magnet and two styles of openers on the back. Stick it to the fridge, it's ready when you need it! (3 inches in diameter)
*please call our toll free number for ordering information!*

Price: $4.00

Code: 00332

Quantity: 1

**This item is on back order**

## CHECK OUT THESE GREAT PRODUCTS!

**60's Chevron Logo Coffee Mug**   **Church Key - Bottle Opener**   **60's Chevron Logo Magnet**









Close this window



Shop for:  **Clothing**    **Glassware**    **Miscellaneous**    **Sweets and Treats**    **All Items**

**Welcome**

**view shopping cart**

**sign in**

**HOME**

**iscellaneous**
**Art**
**Bottle Openers**
**Jewlery**
**Koozies**
**Magnets**
**Metal Signs**
**Other**
  **Golf**
**Patches**

**The History of Dublin Dr Pepper**

**Buy It At Old Doc's Soda Shop**

**Come to Our Birthday Party**

**Frequently Asked Questions**

**Our Favorite Links**

**Contact Us**

**Miscellaneous** >> **Other**
Only 10, 2 and 4 matter!

## 10-2-4 clock



**View Larger Image**

But we threw in the other numbers just in case. Either way, with this clock on the wall you will always know when its time for a Dr Pepper!

Price: $17.00

Code: 1724

Quantity:  1

**This item is on back order**



**Shop for:** **Clothing**     **Glassware**     **Miscellaneous**     **Sweets and Treats**     **All Items**

**Welcome**

**view shopping cart**

**sign in**

**HOME**

**Sweets and Treats**
**Sauces**

**The History of Dublin Dr Pepper**

**Buy It At Old Doc's Soda Shop**

**Come to Our Birthday Party**

**Frequently Asked Questions**

**Our Favorite Links**

**Contact Us**

**Sweets and Treats** >> **Candy**

 **Peanut Brittle Enhanced with Dublin Original Flavoring!**

## Peanut Brittle



**View Larger Image**

Our Dublin Dr Pepper flavored Peanut Brittle will make your mouth water. This scrumptious treat is sure to please any with delight.

*Exclusively distributed by: Mr. G's*
*Ingredients: Peanuts, Sugar, Corn Syrup, Natural & Artificial flavors, Baking Soda and Water*
*Due to the possibility of Melting, we do not ship this item during the summer months. Check back in the fall!*

Price: $5.99

Code: 15079

Quantity: 1

**Sorry, this item is currently not available**

## CHECK OUT THESE GREAT PRODUCTS!

**Dublin Dr Pepper Cowboy Chili**



**Church Key - Bottle Opener**



**Dublin Dr Pepper Cake & Frosting Mix**

