UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DR PEPPER/SEVEN UP, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Case No._____ |
| | § |
| DR PEPPER BOTTLING COMPANY | § |
| OF DUBLIN, TEXAS | § |
| | § |
| Defendant. | § |

**PLAINTIFF DR PEPPER/SEVEN UP, INC.'S DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff hereby discloses that Dr Pepper/Seven Up, Inc. is a wholly owned and indirect subsidiary of **Dr Pepper Snapple Group, Inc.**, a publicly traded corporation.

Dated: June 28, 2011                           Respectfully submitted

                                               By   */s/ Van H. Beckwith*
                                                    Van H. Beckwith
                                                    Jonathan R. Mureen
                                                    Baker Botts L.L.P.
                                                    2001 Ross Avenue, Suite 600
                                                    Dallas, Texas 75201
                                                    Telephone: 214-953-6500
                                                    Facsimile: 214-953-6503
                                                    Email: van.beckwith@bakerbotts.com
                                                           jon.mureen@bakerbotts.com

DAL01:1170699.1

Clyde M. Siebman
Lawrence A. Phillips
Siebman, Burg, Phillips & Smith, LLP
Federal Courthouse Square
300 North Travis Street
Sherman, TX 75090
Telephone:: 903-870-0070
Facsimile: 903-870-0066