UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DR PEPPER/SEVEN UP, INC., | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:11cv398 |
| | § | (Judge Schneider/Judge Mazzant) |
| DR PEPPER BOTTLING COMPANY OF DUBLIN, INC. D/B/A DR PEPPER BOTTLING COMPANY OF DUBLIN, TEXAS, | § § § § § | |
| Defendant. | § § | |

**JOINT MOTION FOR ENTRY OF AN AGREED**
**PROTECTIVE ORDER**

Plaintiff Dr Pepper/Seven Up, Inc. and Defendant Dr Pepper Bottling Company of Dublin, Inc. d/b/a Dr Pepper Bottling Company of Dublin Texas jointly move the Court for entry of the attached Protective Order.

Wherefore, the Parties respectfully pray that the Court enter the attached Protective Order.

DATED: November 7, 2011                     Respectfully submitted,


   /s/ Van H. Beckwith
Van H. Beckwith
Lead Attorney
Jonathan R. Mureen
Baker Botts L.L.P.
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone;  214-953-6500
Facsimile:  214-953-6503
Email:  van.beckwith@bakerbotts.com
        jon.mureen@bakerbotts.com

Clyde M. Siebman
Lawrence A. Phillips
Siebman, Burg, Phillips & Smith, LLP
Federal Courthouse Square
300 North Travis Street
Sherman, TX 75090
Telephone:  903-870-0070
Facsimile:  903-870-0066

**ATTORNEYS FOR PLAINTIFF
DR PEPPER/SEVEN UP, INC.**

   */s/* Sam F. Baxter
Sam F. Baxter
Texas Bar No. 01938000
sbaxter@mckoolsmith.com
McKOOL SMITH, P.C.
505 East Travis Street, Suite 105
Marshall, TX 75670
Telephone: 903-927-2111
Facsimile: 903-927-2622

R. Darryl Burke
State Bar No. 3403405
Steven D. Wolens
State Bar No. 21847600
Thomas A. Graves
State Bar No. 08312000
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-4974
Facsimile: 214-978-4044
Email:   dburke@mckoolsmith.com
           swolens@mckoolsmith.com
           tgraves@mckoolsmith.com

**ATTORNEYS FOR DEFENDANT DR. PEPPER BOTTLING COMPANY OF DUBLIN, INC. D/B/A DR PEPPER BOTTLING COMPANY OF DUBLIN, TEXAS**

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on the 7th day of November, 2011.

              */s/ R. Darryl Burke*
               R. Darryl Burke